UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOMMEIL YN HERRERA LOPEZ and
LEONOR HERNANDEZ,
                                    Plaintiffs,

                                                    18 CIVIL 10754 (JPO)

            -against-

                                                    **DEFAULT JUDGMENT**

METROWIRELESS 167 INC. and
ABDUL ASIF,
                                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Opinion and Order dated January 21, 2020, Plaintiffs' motion for a default judgment is granted; Judgment is entered in favor of Plaintiffs and against Defendants Metrowireless 167 Inc. and Abdul Asif jointly and severally, as follows:

As to Plaintiff Herrera Lopez, the judgment includes: (1) damages for unpaid overtime wages, statutory damages, and liquidated damages under the FLSA and the NYLL in the amount of $36,695; and (2) prejudgment interest on $13,347.50 from July 6, 2017, to the date of judgment as a rate of nine percent per year, in the amount of $3,060.78, for a total sum of $39,755.78;

As to Plaintiff Hernandez, the judgment includes: (1) damages and unpaid overtime wages, statutory damages, and liquidated damages under the FLSA and NYLL in the amount of $50,005; and (2) prejudgment interest on $20,002.50 from January 17, 2017, to the date of judgment at a rate of nine percent per year, in the amount of $5,425.34, for a total sum of $55,430.34;

Attorney's fees in the amount of $1,995 and costs in the amount of $500 are awarded to Plaintiffs; accordingly, this case is closed.

**DATED**: New York, New York
          January 22, 2020

RUBY J. KRAJICK
Clerk of Court
By: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/22/2020