UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOMMEILYN HERRERA LOPEZ and
LEONOR HERNANDEZ,

                           Case No. 18-CV-10754 (JPO)

                  Plaintiffs,

-against-                       **ORDER**

METROWIRELESS 167 INC. and
ABDUL ASIF,

                  Defendants.
----------------------------------------------------------------x

       On January 22, 2020, the Clerk entered a default judgment against Metrowireless 167 Inc. and Abdul Asif, jointly and severally, for the total sum of $97,681.12 (broken down as follows: (i) $39,755.78 as to plaintiff Jommeilyn Herrera Lopez; (ii) $55,430.34 as to plaintiff Leonor Hernandez; (iii) $1995.00 in attorney's fees; and (iv) $500.00 in costs). Defendants, to date, have not paid any portion of that sum to plaintiffs. On October 26, 2023, plaintiffs served defendants with post-judgment information subpoenas. Defendants, to date, have not responded to these post-judgment discovery requests.

       THEREFORE, IT IS HEREBY

       ORDERED that defendants Metrowireless 167 Inc. and Abdul Asif shall provide deliver answers responsive to plaintiffs' October 26, 2023 information subpoenas on or before July 24, 2024 at the Law Offices of James F. Sullivan, P.C., 52 Duane Street, 7th Floor, New York, New York 10007; and it is further

       ORDERED that defendants' failure to respond to the information subpoenas will serve as grounds for finding that defendants Metrowireless 167 Inc. and Abdul Asif are in contempt of this Court and will be subject to civil and criminal penalties; and it is further

       ORDERED that plaintiffs shall arrange for service of this Order by overnight delivery to

defendants. Proof of such service shall be filed with the Court.

_____
J. PAUL OETKEN
United States District Judge

Dated: June 24, 2024

The Clerk is directed to terminate the motion at ECF No. 35.